660 A.2d 1192

STATE OF NEW JERSEY v. ROBERT MCQUAID.

May 10, 1995.

Certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration of the appeal.

660 A.2d 1192

STATE OF NEW JERSEY v. RODNEY MORTON.

May 10, 1995.

Certification is granted, the matter is summarily remanded to the Appellate Division for reconsideration in light of and *State v. Berry*, 140 *N.J.* 280, 658 A.2d 702 (1995).

660 A.2d 1192

ERNEST L. HILL, ET AL. v. KESHAVAMURTHY SHIVASHANKAR, M.D., ET AL.

May 10, 1995.

Certification is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.